IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREGORIO HERNANDEZ-DURON,

    Petitioner,

v.                                          No. 12-cv-0966 JB/SMV

RAY TERRY, et al.,

    Respondents.

### ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

THIS MATTER is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Short form) [Doc. 3] ("IFP Motion") to proceed in forma pauperis. The Court, being fully advised in the premises, FINDS that the IFP Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the IFP Motion [Doc. 3] is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**