IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREGORIO HERNANDEZ-DURON,

    Petitioner,

v.                                    No. 12-cv-0966 JB/SMV

RAY TERRY, et al.,

    Respondents.

## ORDER TO ANSWER

THIS MATTER is before the Court on Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus [Doc. 1] ("Petition"). Pursuant to the rules governing habeas corpus proceedings, the Court will order an answer to the Petition.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to substitute Ray Terry, Warden, as the sole named Respondent in this matter;

**IT IS FURTHER ORDERED** that the Clerk is directed to forward copies of this Order to Respondent Ray Terry at Otero County Processing Center, 26 McGregor Range Rd., Chaparral, NM 88081, and to the United States Attorney for the District of New Mexico, with copies of the application for writ of habeas corpus and supporting papers and exhibits, if any;

**IT IS FURTHER ORDERED** that, within twenty-three days from entry of this Order, Respondent answer Petitioner's Petition [Doc. 1].

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**